KEVIN ALOYIOUS CALVIN
100 SHERWOOD DR
VICKSBURG, MS 39180

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

DEBORA WASHINGTON
20 POST OAK LN
VICKSBURG, MS 39180

HALLIDAY, WATKINS, MAN
376 E 400TH S
STE 300
SALT LAKE CIT, UT 84111

HARRIS & HARRIS
ATTN: BANKRUPTCY
111 W JACKSON BLVD
STE 650
CHICAGO, IL 60604

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205

PENNYMAC LOAN
PO BOX 514387
LOS ANGELES, CA 90051

QUICK CASH
3412 PEMBERTON SQUARE
STE 1
VICKSBURG, MS 39180

TIANA ROBY
1103 NOTTINGHAM RD
VICKSBURG, MS 39183

ZIONS DEBT HOLDINGS
ATTN: BANKRUPTCY
PO BOX 878
SPANISH FORK, UT 84660