**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI (JACKSON - 3)**

| | |
|---|---|
| **IN RE:**<br><br>**KEVIN ALOYIOUS CALVIN**<br>**AKA KEVIN ALOYIOUS CALVIN, JR**<br><br>**Debtor.** | **CHAPTER 13**<br><br>**CASE NO. 26-02599-JAW** |

# NOTICE OF APPEARANCE

Comes now the undersigned, and Notices her appearance as attorney of record for PennyMac Loan Services, LLC in the above referenced matter.

/s/ Kim Putnam
Kim Putnam, MS Bar No. 102418
1107 Highland Colony Pkwy, Suite 207
Ridgeland, MS 39157
kimberlyp@hwmlawfirm.com
801-355-2886

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on November 9, 2026, to wit:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

Harold J. Barkley, Jr.
Chapter 13 Trustee
P.O. Box 4476
Jackson, MS 39296-4476

U.S. Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

Kevin Calvin Jr.
100 Sherwood Dr
Vicksburg, MS 39180

/s/ Kim Putnam
Kim Putnam